IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MICHAEL FRAZIER and AMY FRAZIER, § § § Plaintiffs, § § v. § § TYLER MOTOR COMPANY, INC., § d/b/a HALL VOLVO GMC, HALL § BUICK GMC, HALL BUICK PONTIAC § GMC, and HALL ISUZU TRUCK, § § Defendant. § | CIVIL ACTION NO. 2:10-cv-00603-JRG (JURY DEMAND) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came on to be considered the above cause, and the parties, through their attorneys of record, having announced to the Court that all matters in controversy between them have been fully and finally settled and that this cause should be dismissed with prejudice, and the Court being fully advised of the premises by and through a Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that each party shall bear its own attorney's fees, costs, and expenses.

**So ORDERED and SIGNED this 25th day of January, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE